AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Eduardo Enrique PANIAGUA-Blanco (USC) ) ) ) ) ) | Case No. |
| _Defendant(s)_ | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  April 14, 2022  in the county of  Webb  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 554. | Did knowingly export or send from the United States, or attempted to export or send from the United States, forty (40) rounds of 7.62x39 caliber ammunition, contrary to any law or regulation of the U.S., or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the U.S. |

This criminal complaint is based on these facts:

Please see attachment A

☑ Continued on the attached sheet.

/s/ Jesus Perez III
_Complainant's signature_

Jesus Perez III  Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 04/18/2022

_Judge's signature_

City and state:  Laredo, Texas     Hon. Diana Song Quiroga, U.S. Magistrate Judge
_Printed name and title_

# Attachment A

I am a Special Agent of the United States with Homeland Security Investigations (HSI) and am knowledgeable of the following facts:

1. On April 14, 2022, at approximately 3:40 pm, Eduardo Enrique PANIAGUA-Blanco, a U.S. citizen, attempted to leave the United States, via the Laredo, Texas, Port of Entry Lincoln-Juarez, in a Nissan sedan bearing Mexican license plates. PANIAGUA-Blanco, the driver of the vehicle, gave a negative oral declaration to a U.S. Customs and Border Protection Officer (CBPO) who was conducting outbound operations. The negative declaration was for weapons, ammunition, and currency in excess of more than $10,000.00 U.S. Dollars.

2. PANIAGUA-Blanco was referred to the secondary inspection area. While at secondary, CBPO patted down PANIAGUA-Blanco and found two boxes of 7.62x39 ammunition inside PANIAGUA-Blanco's pants pockets. PANIAGUA-Blanco was immediately secured.

3. Homeland Security Investigations (HSI) special agents (SAs) responded to the POE and interviewed PANIAGUA-Blanco. PANIAGUA-Blanco was read his Miranda Rights, and stated he was willing to answer questions.

4. PANIAGUA-Blanco stated that on April 14, 2022, he purchased two (2) boxes of ammunition found in his pockets. PANIAGUA-Blanco admitted the ammunition was going to be used by him for recreational purposes.

5. PANIAGUA-Blanco stated he was aware that it is against the law to attempt to smuggle the ammunition from the United States to Mexico. PANIAGUA-Blanco stated he does not have, nor has he ever applied for a license to export firearms and/or ammunition.

6. CBPOs discovered a total of (40) rounds of 7.62x39 caliber ammunition concealed within PANIAGUA-Blanco's person. The ammunition seized by CBP is listed on the Commerce Control list and it is illegal to export without a license and/or declaration.